IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | x | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| MEDICOR LTD., *et al.*, | : | Case No. 07-10877 (MFW) |
| | : | (Jointly Administered) |
| | : | |
| Debtors. | : | |
| | x | Re: Docket Nos. 502 and 515 |

**LARRY L. BERTSCH'S DESIGNATION OF ISSUES AND RECORD ON APPEAL**

Larry L. Bertsch, court appointed receiver (the "Receiver") of Southwest Exchange, Inc. ("Southwest"); Blackstone Limited, LLC ("Blackstone"); International Integrated Industries, LLC ("III"); and certain other entities,[1] through his undersigned counsel, pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure, designate the issues and record on appeal in connection with the Notice of Appeal (Docket No. 515) from the order of Bankruptcy Judge Mary F. Walrath, entered in the above-captioned proceeding on the April 23, 2008 (Docket No. 502) (the "Order").[2]

**I.    STATEMENT OF ISSUES TO BE PRESENTED ON APPEAL**

1.    Did the Bankruptcy Court err in entering the Order to the extent that it approves, authorizes and directs the application and use of sale proceeds of the Eurosilicone

---

[1] The other entities covered by the receivership are Sirius Capital, LLC, Capital Reef Management Corp., NexGen Management, Inc., Americade, LLC, Global Aviation Delaware, LLC, McGhan Development Corp., Global Asset Management, West Vegas, LP, Bianathar, LLC, Trinity Star Ventures, LLC, and Ventana Coast, LLC.

[2] Capitalized terms used herein but not defined herein shall have the meaning(s) ascribed to them in the Order.

Business to pay amounts outstanding under the Debtors' debtor-in-possession financing facility of approximately $2,400,000, together with interest thereon?

2. Did the Bankruptcy Court err in entering the Order to the extent that it approves, authorizes and directs the application and use of sale proceeds of the Eurosilicone Business to pay amounts due to the Secured Lender Group from ES Holdings under notes in the original aggregate principal sum of $3,500,000?

3. Did the Bankruptcy Court err in entering the Order to the extent that it approves, authorizes and directs the application and use of sale proceeds of the Eurosilicone Business to pay the claim of any other creditor of ES Holdings which is not required to be paid by the terms of the Eurosilicone Agreement?

## II. DESIGNATION OF RECORD ON APPEAL

| Item No. | Docket No. | Date | Document Description |
|---|---|---|---|
| 1 | 8 | 7/2/2007 | Motion For Interim and Final Orders Authorizing Debtors in Possession to (I) Enter Into Postpetition Financing Documents and Obtain Postpetition Financing Pursuant to Sections 363 and 364 of The Bankruptcy Code, (II) Grant Liens, Security Interests and Superpriority Claims, (III) Provide Adequate Protection to Prepetition Lenders and (IV) Set Final Hearing Filed By MediCor Ltd. |
| 2 | 39 | 7/10/2007 | Preliminary Objection of Larry L. Bertsch, Court Appointed Receiver of Southwest Exchange, Inc., et al. to Motion for Interim and Final Orders Authorizing Debtors in Possession to (I) Enter Into Postpetition Financing Documents and Obtain Postpetition Financing Pursuant to Sections 363 and 364 of the Bankruptcy Code, (II) Grant Liens, Security Interests and Superpriority Claims, (III) Provide Adequate Protection to Prepetition Lenders and (IV) Set Final Hearing |
| 3 | 56 | 7/12/2007 | Certification of Counsel Requesting Entry of Interim Financing Order Filed by MediCor, Ltd. |
| 4 | 57 | 7/13/2007 | Order (Interim) Authorizing Debtors in Possession to (I) |

| Item No. | Docket No. | Date | Document Description |
|---|---|---|---|
| | | | Enter Into Postpetition Financing Documents and Obtain Postpetition Financing, (II) Grant Liens, Security Interests and Superpriority Claims, (III) Provide Adequate Protection to Prepetition Lenders and (IV) Set Final Hearing |
| 5 | 62 | 7/13/2007 | Notice of Hearing for Final Approval and Notice of Entry of Interim Order Authorizing Debtors in Possession to (I) Enter Into Postpetition Financing Documents and Obtain Postpetition Financing, (II) Grant Liens, Security Interests and Superpriority Claims, (III) Provide Adequate Protection to Prepetition Lenders and (IV) Set Final Hearing filed by MediCor Ltd. |
| 6 | 113 | 8/7/2007 | Motion to Approve Sale Motion for the Entry of an Order (A) Authorizing the Debtors to Sell Their Assets, (B) Authorizing the Debtors to Take Such Actions as are Necessary to Cause and Direct Certain of Their Non-Debtor Foreign Subsidiaries to Sell Their Assets, (C) Approving Bid Procedures, (D) Scheduling Auction Sale and Hearing, and (E) for Related Relief Filed by MediCor Ltd. |
| 7 | 115 | 8/8/2007 | Notice of Adjourned/Rescheduled Hearing on Motion For Interim and Final Orders Authorizing Debtors in Possession to (I) Enter Into Postpetition Financing Documents and Obtain Postpetition Financing Pursuant to Sections 363 and 364 of The Bankruptcy Code, (II) Grant Liens, Security Interests and Superpriority Claims, (III) Provide Adequate Protection to Prepetition Lenders and (IV) Set Final Hearing Filed by MediCor Ltd. |
| 8 | 119 | 8/8/2007 | Transcript Of Hearing Before Honorable Mary F. Walrath, Held on July 10, 2007 |
| 9 | 137 | 8/15/2007 | Limited Objection to Debtors' Motion for Entry of Order (A) Authorizing Debtors to Sell Their Assets, (B) Authorizing Debtors to Take Such Actions as are Necessary to Cause and Direct Certain of Their Non-Debtor Foreign Subsidiaries to Sell Their Assets, (C) Approving Bid Procedures, (D) Scheduling Auction, Sale and Hearing, and (E) for Related Relief Filed by Openwave Systems, Inc. |
| 10 | 138 | 8/15/2007 | Declaration of Thomas Masles in Support of Limited Objection to Debtors' Motion for Entry of Order (A) Authorizing Debtors to Sell Their Assets, (B) Authorizing Debtors to Take Such Actions as are |

WCSR 3894400v1

| Item No. | Docket No. | Date | Document Description |
|---|---|---|---|
|  |  |  | Necessary to Cause and Direct Certain of Their Non-Debtor Foreign Subsidiaries to Sell Their Assets, (C) Approving Bid Procedures, (D) Scheduling Auction, Sale and Hearing, and (E) for Related Relief Filed by Openwave Systems, Inc. |
| 11 | 139 | 8/15/2007 | Objection to the Motion for the Entry of an Order (A) Authorizing the Debtors to Sell Their Assets, (B) Authorizing the Debtors to Take Such Actions as are Necessary to Cause and Direct Certain of Their Non-Debtor Foreign Subsidiaries to Sell Their Assets, (C) Approving Bid Procedures, (D) Scheduling Auction Sale and Hearing, and (E) for Related Relief Filed by David Bassham, Judy Bassham, Napa Valley I, LLC, and Napa Valley II, LLC |
| 12 | 140 | 8/16/2007 | Exhibit A to the Objection of the Bassham Family to the Debtors' Motion for the Entry of an Order (A) Authorizing the Debtors to Sell Their Assets, (B) Authorizing the Debtors to Take Such Actions as are Necessary to Cause and Direct Certain of Their Non-Debtor Foreign Subsidiaries to Sell Their Assets, (C) Approving Bid Procedures, (D) Scheduling Auction Sale and Hearing, and (E) for Related Relief Filed by David Bassham, Judy Bassham, Napa Valley I, LLC, and Napa Valley II, LLC |
| 13 | 146 | 8/17/2007 | Objection to The Debtors' Motion For The Entry Of An Order (A) Authorizing The Debtors To Sell Their Assets, (B) Authorizing The Debtors To Take Such Actions As Are Necessary To Cause And Direct Certain Of Their Non-Debtor Foreign Subsidiaries To Sell Their Assets, (C) Approving Bid Procedures, (D) Scheduling Auction Sale And Hearing, And (E) For Related Relief Filed by United States Trustee |
| 14 | 149 | 8/20/2007 | Objection to Motion of the Debtors for Interim and Final Orders Authorizing Debtors-In-Possession to (I) Enter Into Post-Petition Financing Documents and Obtain Post-Petition Financing Pursuant to Sections 363 and 364 of the Bankruptcy Code, (II) Grant Liens, Security Interests and Super Priority Claims, (III) Provide Adequate Protection to Pre-Petition Lenders and (IV) Set Final Hearing Filed by Official Committee of Unsecured Creditors |
| 15 | 151 | 8/20/2007 | Objection to Motion for Interim and Final Orders Authorizing the Debtors in Possession to (i) Enter into Postpetition Financing Documents and Obtain |

WCSR 3894400v1

| Item No. | Docket No. | Date | Document Description |
|---|---|---|---|
|  |  |  | Postpetition Financing Pursuant to Sections 363 and 364 of the Bankruptcy Code, (ii) Grant Liens, Security Interests and Superpriority Claims, (iii) Provide Adequate Protection to Prepetition Lenders and (iv) Set Final Hearing Filed by Larry L. Bertsch |
| 16 | 152 | 8/20/2007 | Exhibits A and B to Objection of Larry Bertsch, Court Appointed Receiver of Southwest Exchange, Inc. to motion for Interim and Final Debtor in Possession Financing |
| 17 | 153 | 8/20/2007 | Objection to Debtors' Motion for Order Approving Bid Procedures for Proposed Auction Sale of Substantially All Their Assets Filed by Official Committee of Unsecured Creditors |
| 18 | 155 | 8/20/2007 | Objection to Motion for the Entry of an Order (A) Authorizing the Debtors to Sell their Assets, (B) Authorizing the Debtors to Take Such Actions as are Necessary to Cause and Direct Certain of their Non-Debtor Foreign Subsidiaries to Sell Their Assets (C) Approving Bid Procedures (D) Scheduling Auction Sale and Hearing and (E) for Related Relief Filed by Larry L. Bertsch |
| 19 | 159 | 8/24/2007 | Order (I) Approving Bid Procedures in Connection With the Debtors' Motion for the Entry of an Order (A) Authorizing the Debtors to Sell Their Assets, (B) Authorizing the Debtors to Take Such Actions as are Necessary to Cause and Direct Certain of Their Non-Debtor Foreign Subsidiaries to Sell Their Assets, (C) Scheduling Auction Sale and Hearing, (D) For Related Relief, and (II) Approving Form and Manner of Notice of Sale |
| 20 | 161 | 8/27/2007 | Notice of (A) Bid Procedures for Sale of Assets of Certain Debtor and Non-Debtor Subsidiaries and (B) Auction Filed by MediCor Ltd. |
| 21 | 163 | 8/27/2007 | Certification of Counsel Requesting Entry of Final Financing Order Filed by MediCor Ltd. |
| 22 | 165 | 8/28/2007 | Final Order Authorizing Debtors in Possession to (I) Enter Into Postpetition Financing Documents and Obtain Postpetition Financing Pursuant to Sections 363 and 364 of The Bankruptcy Code, (II) Grant Liens, Security Interests and Superpriority Claims, (III) Provide Adequate Protection to Prepetition Lenders and (IV) Set Final Hearing |
| 23 | 186 | 9/14/2007 | Notice of Adjourned/Rescheduled Hearing on Sale Motion |

WCSR 3894400v1

...

| Item No. | Docket No. | Date | Document Description |
| --- | --- | --- | --- |
| 24 | 221 | 10/16/2007 | Notice of Adjourned/Rescheduled Hearing on Motion for the Entry of an Order (A) Authorizing the Debtors to Sell Their Assets, (B) Authorizing the Debtors to Take Such Actions as are Necessary to Cause and Direct Certain of Their Non-Debtor Foreign Subsidiaries to Sell Their Assets, (C) Approving Bid Procedures, (D) Scheduling Auction Sale and Hearing, and (E) for Related Relief Filed by MediCor Ltd. |
| 25 | 244 | 10/30/2007 | Transcript of the Hearing held on October 23, 2007 before the Honorable Mary F. Walrath |
| 26 | 256 | 11/13/2007 | Notice of Withdrawal of Motion for the Entry of an Order (A) Authorizing the Debtors to Sell Their Assets, (B) Authorizing the Debtors to Take Such Actions as are Necessary to Cause and Direct Certain of Their Non-Debtor Foreign Subsidiaries to Sell Their Assets, (C) Approving Bid Procedures, (D) Scheduling Auction Sale and Hearing, and (E) for Related Relief Filed by MediCor Ltd. |
| 27 | 302 | 12/10/2007 | Motion to Authorize and Approve Certain Amendments to the DIP Financing Facility Filed by MediCor Ltd. |
| 28 | 303 | 12/10/2007 | Motion to Set Interim Hearing and Response Deadline for Motion for Order Authorizing and Approving Certain Amendments to DIP Financing Facility Filed by MediCor Ltd. |
| 29 | 305 | 12/12/2007 | Order Granting Motion to Set Interim Hearing and Response Deadline for Motion of Debtors and Debtors in Possession for Order Authorizing and Approving Certain Amendments to DIP Financing Facility |
| 30 | 306 | 12/12/2007 | Notice of Hearing on Motion for Order Authorizing and Approving Certain Amendments to DIP Financing Facility Filed by MediCor Ltd. |
| 31 | 311 | 12/14/2007 | Objection to Motion of Debtors and Debtors in Possession for Order Authorizing and Approving Certain Amendments to DIP Financing Facility Filed by Larry L. Bertsch |
| 32 | 314 | 12/17/2007 | Objection of Official Committee of Unsecured Creditors of MediCor Ltd. and Affiliated Debtors to Debtors' Motion for Order Authorizing And Approving Certain Amendments to DIP Financing Facility |
| 33 | 316 | 12/17/2007 | Objection to the Motion of the Debtors for Order Authorizing and Approving Certain Amendments to the DIP Financing Facility Filed by United States Trustee |
| 34 | 326 | 12/19/2007 | Certification of Counsel Regarding Submitting Order Authorizing and Approving Certain Amendments to |

WCSR 3894400v1

| Item No. | Docket No. | Date | Document Description |
|---|---|---|---|
|  |  |  | DIP Financing Facility Filed by MediCor Ltd. |
| 35 | 344 | 1/4/2008 | Order (FINAL) Authorizing and Approving Certain Amendments to the DIP Financing Facility |
| 36 | 363 | 1/15/2008 | Transcript of Hearing held on January 4, 2008 before the Honorable Mary F. Walrath |
| 37 | 382 | 2/11/2008 | Motion to Approve and Authorize Second Amendment to DIP Financing Facility Filed by MediCor Ltd. |
| 38 | 390 | 2/19/2008 | Response to Motion of Debtors and Debtors in Possession for Order Authorizing and Approving Second Amendment to DIP Financing Facility Filed by Larry L. Bertsch |
| 39 | 408 | 3/6/2008 | Transcript of the Hearing held on January 15, 2008 before the Honorable Mary F. Walrath |
| 40 | 409 | 3/6/2008 | Transcript of the Hearing held on February 26, 2008 before the Honorable Mary F. Walrath |
| 41 | 428 | 3/24/2008 | Transcript of the Hearing held on August 24, 2007 before the Honorable Mary F. Walrath |
| 42 | 429 | 3/24/2008 | Transcript of the Hearing held on December 18, 2007 before the Honorable Mary F. Walrath |
| 43 | 430 | 3/24/2008 | Transcript of the Hearing held on March 17, 2008 before the Honorable Mary F. Walrath |
| 44 | 431 | 3/24/2008 | WITHDRAWN 3/25/2008, SEE DOCKET #432. Motion For Sale of Property under Section 363(b) Motion For The Entry of an Order (A) Authorizing the Debtors to Sell Their Assets, (B) Authorizing the Debtors to Take Such Actions as are Necessary to Cause and Direct Certain of Their Non-Debtor Foreign Subsidiaries to Sell Their Assets, and (C) For Related Relief Filed by MediCor Ltd. |
| 45 | 432 | 3/25/2008 | Notice of Withdrawal of Certain Exhibits to Motion For The Entry of an Order (A) Authorizing the Debtors to Sell Their Assets, (B) Authorizing the Debtors to Take Such Actions as are Necessary to Cause and Direct Certain of Their Non-Debtor Foreign Subsidiaries to Sell Their Assets, and (C) For Related Relief Filed by MediCor Ltd. |
| 46 | 433 | 3/25/2008 | Notice of Withdrawal of Certain Exhibits to Motion For The Entry of an Order (A) Authorizing the Debtors to Sell Their Assets, (B) Authorizing the Debtors to Take Such Actions as are Necessary to Cause and Direct Certain of Their Non-Debtor Foreign Subsidiaries to Sell Their Assets, and (C) For Related Relief Filed by MediCor Ltd. |
| 47 | 445 | 4/2/2008 | Notice of Filing of Revised Exhibits B, C, D, E and F to |

| Item No. | Docket No. | Date | Document Description |
|---|---|---|---|
|  |  |  | Motion For The Entry of an Order (A) Authorizing the Debtors to Sell Their Assets, (B) Authorizing the Debtors to Take Such Actions as are Necessary to Cause and Direct Certain of Their Non-Debtor Foreign Subsidiaries to Sell Their Assets, and (C) For Related Relief Filed by MediCor Ltd. |
| 48 | 446 | 4/4/2008 | Motion of Debtors and Debtors in Possession for Order Authorizing and Approving Third Amendment to DIP Financing Facility |
| 49 | 447 | 4/4/2008 | Motion to Shorten Time For Notice and Response to Motion of the Debtors and Debtors in Possession For Order Authorizing and Approving Third Amendment to DIP Financing Facility |
| 50 | 450 | 4/8/2008 | Order Granting Motion to Shorten Time For Notice and Response to Motion of the Debtors and Debtors in Possession For Order Authorizing and Approving Third Amendment to DIP Financing Facility |
| 51 | 452 | 4/9/2008 | Objection to Motion For Sale of Property under Section 363(b) Motion For The Entry of an Order (A) Authorizing the Debtors to Sell Their Assets, (B) Authorizing the Debtors to Take Such Actions as are Necessary to Cause and Direct Certain of Their Non-Debtor Foreign Subsidiaries to Sell Their Assets, and (C) For Related Relief Filed by Robert Ersek, Auriga Partners, Inc. |
| 52 | 454 | 4/9/2008 | Limited Objection to *Debtor's Sale Motion* Filed by Larry L. Bertsch |
| 53 | 457 | 4/8/2008 | Objection to Motion Authorizing the Debtors to Sell Assets Filed by William and Sue Large |
| 54 | 464 | 4/11/2008 | Exhibit H to Motion For The Entry of an Order (A) Authorizing the Debtors to Sell Their Assets, (B) Authorizing the Debtors to Take Such Actions as are Necessary to Cause and Direct Certain of Their Non-Debtor Foreign Subsidiaries to Sell Their Assets, and (C) For Related Relief Filed by MediCor Ltd. |
| 55 | 469 | 4/13/2008 | Limited Objection of Official Committee of Unsecured Creditors to Debtors' Motion for Entry of an Order (A) Authorizing the Debtors to Sell Their Assets, (B) Authorizing the Debtors to Take Such Actions as Are Necessary to Cause and Direct Certain of Their Non-Debtor Foreign Subsidiaries to Sell Their Assets, and (C) For Related Relief |
| 56 | 480 | 4/14/2008 | Notice of Withdrawal of Objection to Motion For Sale of Property under Section 363(b) Motion For The Entry |

WCSR 3894400v1

| Item No. | Docket No. | Date | Document Description |
|---|---|---|---|
|  |  |  | of an Order (A) Authorizing the Debtors to Sell Their Assets, (B) Authorizing the Debtors to Take Such Actions as are Necessary to Cause and Direct Certain of Their Non-Debtor Foreign Subsidiaries to Sell Their Assets, and (C) For Related Relief Filed by Auriga Partners, Inc., Dr. Robert Ersek |
| 57 | 483 | 4/15/2008 | Notice of Filing of Supplement to Exhibit "E" to the Limited Objection of Larry L. Bertsch, Court Appointed Receiver of Southwest Exchange, Inc., et al. to Debtors' Sale Motion |
| 58 | 484 | 4/15/2008 | Notice of Revised Proposed Sale Order Filed by MediCor Ltd. |
| 59 | 492 | 4/18/2008 | Order Authorizing and Approving Third Amendment to the DIP Financing Facility |
| 60 | 494 | 4/18/2008 | DOCUMENTS FILED UNDER SEAL) Portions of Exhibits B, C, D, E and F Filed Under Seal in Conjunction With Debtors' Motion for an Order Authorizing Filing of Schedules to Exhibits to Sale Motion Under Seal (Docket No. 455, Filed April 9, 2008) |
| 61 | 495 | 4/18/2008 | Notice of Filing of Portions of Exhibits B and C to the Motion For The Entry of an Order (A) Authorizing the Debtors to Sell Their Assets, (B) Authorizing the Debtors to Take Such Actions as are Necessary to Cause and Direct Certain of Their Non-Debtor Foreign Subsidiaries to Sell Their Assets, and (C) For Related Relief  Filed by MediCor Ltd. |
| 62 | 496 | 4/18/2008 | Transcript of the Hearing held on April 16, 2008 before the Honorable Mary Walrath |
| 63 | 498 | 4/22/2008 | Certification of Counsel Submitting Proposed Form of Sale Order Filed by MediCor Ltd. |
| 64 | 499 | 4/23/2008 | Virtual Minutes of: 04/23/2008 Subject: Teleconference re: Sale Order. |
| 65 | 500 | 4/23/2008 | Certification of Counsel Submitting Revised Proposed Form of Sale Order Filed by MediCor Ltd. |
| 66 | 502 | 4/23/2008 | Order (I) Approving Asset Purchase Agreement And Transfer Agreement And Authorizing The Debtors To Sell Their Assets Outside The Ordinary Course of Business, Free And Clear Of All Liens, Claims, Encumbrances And Interests, (II) Authorizing The Debtors To Take Such Actions As Are Necessary To Cause And Direct Certain Of Their Non-Debtor Foreign Subsidiaries To Sell Their Assets, And (III) Granting Related Relief |

WCSR 3894400v1

| Item No. | Docket No. | Date | Document Description |
|---|---|---|---|
| 67 | 515 | 5/2/2008 | Notice of Appeal Filed by Larry L. Bertsch |
| 68 | 524 | 5/9/2008 | Transcript of the Teleconference held on April 23, 2008 before the Honorable Mary Walrath |

Dated: May 12, 2008

WOMBLE CARLYLE SANDRIDGE
& RICE, PLLC

_/s/ Kevin Mangan_

Francis A. Monaco, Jr. (#2078)
Kevin J. Mangan (#3810)
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801
Tel.: (302) 252-4363
Fax: (302) 661-7728

William B. Sullivan (NC Bar No. 17758)
Philip J. Mohr (NC Bar No. 24427)
One West Fourth Street
Winston-Salem, NC 27101
Tel.: (336) 721-3506
Fax: (336) 733-8365

Counsel for Larry L. Bertsch

10