IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| MEDICOR LTD., et al., | Case No. 07-10877 (MFW) |
| Debtors. | Jointly Administered |
| | Ref. Docket No. 515 |

### SILVER OAK CAPITAL, L.L.C.'S COUNTER-DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL (NOTICE OF APPEAL FILED MAY 2, 2008)

Pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure, Silver Oak Capital, L.L.C. (in its capacity as agent on behalf of itself and certain other lenders), as appellee, hereby submits this designation of additional items to be included in the record on appeal in connection with the Notice of Appeal [Docket No. 515] from the order of Chief Bankruptcy Judge Mary F. Walrath, entered in the above-captioned case on April 23, 2008 [Docket No. 502].

| DATE | DOCKET NO.[1] | DOCUMENT |
|---|---|---|
| 07/02/07 | 4 | Declaration of Dennis E. Stogsdill in Support of Chapter 11 Petitions and Various First Day Applications and Motions |
| 08/17/07 | 145 | Minutes of hearing held on Wednesday, August 15, 2007 |
| 08/24/07 | 158 | Minutes of hearing held on Friday, August 24, 2007 |
| 10/17/07 | 223 | Response of Larry L. Bertsch, Court Appointed Receiver of Southwest Exchange, Inc. et al., to Motion of Debtors and Debtors-in-Possession for Order Pursuant to 11 U.S.C. § 1121(d) Extending the Exclusive Periods During which Only the Debtors May File a Chapter 11 Plan and Solicit Thereof |
| 12/18/07 | 323 | Minutes of hearing held on Tuesday, December 18, 2007 |

---

[1] The designation of a docket item is intended to include all exhibits and/or attachments thereto.

DB02:6836967.1                                                                                                      066450.1001

| Date | Docket | Description |
| --- | --- | --- |
| 12/21/07 | 334 | Interim Order Authorizing and Approving Certain Amendments to the DIP Financing Facility |
| 12/26/07 | 335 | Motion of Debtors and Debtors in Possession for an Order Pursuant to 11 U.S.C. § 1121(d) Granting Second Extension of Exclusive Periods During Which Only the Debtors May File a Chapter 11 Plan and Solicit Acceptances Thereof |
| 01/04/08 | 342 | Minutes of hearing held on Friday, January 4, 2008 |
| 01/08/08 | 352 | Objection of Larry L. Bertsch, Court Appointed Receiver of Southwest Exchange, Inc., et al. to Motion of Debtors and Debtors in Possession for an Order Pursuant to 11 U.S.C. Section 1121(d) Granting Second Extension of Exclusive Periods During Which Only the Debtors May File a Chapter 11 Plan and Solicit Acceptances Thereof |
| 01/15/08 | 364 | Minutes of hearing held on Tuesday, January 15, 2008 |
| 02/08/08 | 380 | Certification of Counsel |
| 02/11/08 | 381 | Order Granting Second Extension of Exclusive Periods During Which Only the Debtors May File a Chapter 11 Plan and Solicit Acceptances Thereof |
| 02/25/08 | 397 | Motion for an Order Pursuant to 11 U.S.C. § 1121(d) Granting Third Extension of Exclusive Periods During Which Only the Debtors May File a Chapter 11 Plan and Solicit Acceptances Thereof |
| 02/26/08 | 398 | Minutes of hearing held on Tuesday, February 26, 2008 |
| 02/26/08 | 399 | Order Authorizing and Approving Certain Additional Amendments to the DIP Financing Facility |
| 03/13/08 | 417 | Certificate of No Objection to Motion [Re Docket No. 397] |
| 03/14/08 | 419 | Order Granting Third Extension of Exclusive Periods During Which Only the Debtors May File a Chapter 11 Plan and Solicit Acceptances Thereof |
| 03/17/08 | 422 | Minutes of hearing held on Monday, March 17, 2008 |
| 04/16/08 | 489 | Minutes of hearing held on Wednesday, April 16, 2008 |

DB02:6836967.1    066450.1001

| | | |
|---|---|---|
| 04/16/08 | 493 | Order Granting Motion For an Order Pursuant to 11 U.S.C. 107(b) and Local Rule 9018-1 Authorizing Filing of Schedules to Exhibits to Sale Motion Under Seal |
| 04/16/08 | | Agreement Relating to Note issued by ES Holdings (marked as Exhibit R-3 during April 16, 2008 hearing) |

Dated: May 22, 2008
Wilmington Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ K.C. Coyle*

Pauline K. Morgan (No. 3650)
Sean M. Beach (No. 4070)
Kara Hammond Coyle (No. 4410)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Tel: (302) 571-6600

and

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
Kelley Cornish
Marc Falcone
1285 Avenue of the Americas
New York, NY 10019-6064
Tel: (212) 373-3000

Counsel to Silver Oak Capital, L.L.C.