IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**DOCKET ITEM #**   4

IN RE: Medicor Ltd., et al.

|  |  |  |
|---|---|---|
| Larry L. Bertsch | ) | |
| | ) | |
| Appellant | ) | Civil Action No.   08-323 |
| v. | ) | |
| | ) | |
| | ) | |
| Silver Oak Capital LLC | ) | |
| | ) | |
| Appellee | ) | Bankruptcy Case No. 07-10877 |
| | ) | Bankruptcy Appeal No. 08-32 |

**NOTICE OF DOCKETING**

A Notice of Appeal of the following order of the Bankruptcy Court dated 4/23/08 was docketed in the District Court on 5/28/08:

> Order (I) Approving Asset Purchase Agreement and Transfer Agreement and Authorizing the Debtors to Sell Their Assets Outside the Ordinary Course of Business, Free and Clear of All Liens, Claims, Encumbrances and Interests, (II) Authorizing the Debtors to Take Such Actions As Are Necessary To Cause and Direct Certain Of Their Non-Debtor Foreign Subsidiaries To Sell Their Assets, and (III) Granting Related Relief.

In accordance with the Standing Order of the Court dated July 23, 2004, this case shall be referred to the Appellate Mediation Panel, and briefing will be deferred.

Documents prepared for mediation shall be submitted directly to the mediator and should not be filed with the Clerk's Office.  Any attorneys of record who are not members of the Bar of this Court shall associate with local counsel in accordance with District of Delaware Local Rule 83.5.

Peter T. Dalleo
Clerk of Court

Date:   May 29, 2008
To:     U.S. Bankruptcy Court
        Counsel