# Greenberg Traurig

Victoria W. Counihan
Tel. 302.661.7377
Fax 302.661.7360
CounihanV@gtlaw.com

July 2, 2008

**VIA HAND DELIVERY AND CM/ECF**

The Honorable Joseph J. Farnan, Jr.
United States District Court
District of Delaware
844 King Street
Wilmington, DE 19801

Re:   In re MediCor, Ltd., et al.; Larry L. Bertsch v. Silver Oak Capital LLC, Case No. 08-0323 (JJF)

Your Honor:

The parties to the above-captioned appeal would like to provide the Court with a status letter to inform the Court that they have reached a settlement in principle, of this pending appeal and other related litigation pending in the Bankruptcy Court for the District of Delaware, although certain terms are still under discussion and are in the process of documenting the terms of the settlement. Accordingly, the appointed mediator in this case, David Stratton, Esquire, has agreed to stay the scheduling of the mediation pending finalization of the settlement among the parties. The parties will notify the mediator when the settlement is finalized and will seek approval of the finalized settlement from the appropriate courts.

Respectfully submitted,

/s/ Victoria W. Counihan
_____
Victoria W. Counihan (No. 3488)
Greenberg Traurig, LLP
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801
(302) 661-7000
counihanv@gtlaw.com

*Counsel to Medicor Ltd.*

And

ALBANY
AMSTERDAM
ATLANTA
BOCA RATON
BOSTON
BRUSSELS*
CHICAGO
DALLAS
DELAWARE
DENVER
FORT LAUDERDALE
HOUSTON
LAS VEGAS
LONDON*
LOS ANGELES
MIAMI
MILAN*
NEW JERSEY
NEW YORK
ORANGE COUNTY
ORLANDO
PHILADELPHIA
PHOENIX
ROME*
SACRAMENTO
SILICON VALLEY
TALLAHASSEE
TAMPA
TOKYO*
TYSONS CORNER
WASHINGTON, D.C.
WEST PALM BEACH
ZURICH

*Strategic Alliance
Tokyo-Office/Strategic Alliance

www.gtlaw.com

The Honorable Joseph J. Farnan, Jr.
June 26, 2008
Page 2

        /s/ Kevin J. Mangan
        Francis A. Monaco, Jr. (No. 2078)
        Kevin J. Mangan (No. 3810)
        Womble, Carlyle, Sandridge & Rice, PLLC
        222 Delaware Avenue, 15th Floor
        Wilmington, DE 19801
        (302) 252-4340
        fmonaco@wcsr.com
        kmangan@wcsr.com

        *Counsel to Appellant, Larry L. Bertsch*

        And

        /s/ Pauline K. Morgan
        Pauline K. Morgan (No. 3650)
        Kara S. Hammond Coyle (No. 4410)
        Young, Conaway, Stargatt & Taylor LLP
        The Brandywine Building
        1000 West Street, 17th Floor
        Wilmington, DE 19801
        pmorgan@ycst.com
        kcoyle@ycst.com

        *Counsel to the Appellee, Silver Oak Capital LLC*

cc:
Kelly Cornish, Esq.
Jeffrey Prol, Esq.
Jeffrey Wild, Esq.
Marc Falcone, Esq.
Douglas Burns, Esq.
David Stratton, Esq.

*DEL 86,223,027v2 6-26-08*