IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: : | |
| MEDICOR Ltd, et al, : | Bankruptcy Case 07-10877 |
| Debtors. : | |
| LARRY L. BERTSCH, : | |
| Appellant, : | |
| v. : | Civil Action No. 08-323-JJF |
| SILVER OAK CAPITAL LLC., : | |
| Appellee. : | |

**O R D E R**

WHEREAS, by letter, Counsel has informed the Court that the parties have reached an agreement to settle all of their disputes in the above-captioned case (D.I. 5);

NOW THEREFORE, IT IS HEREBY ORDERED that the above-captioned case shall be administratively closed. Should settlement fail, the parties shall promptly notify the Court so that the case may be reopened and other appropriate action may be taken.

July 10, 2008  
DATE

Joseph J. Farnan  
UNITED STATES DISTRICT JUDGE